# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

JO A. PERINE,
Plaintiff,
v.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:08-CV- 176

COMMISSIONER OF SOCIAL SECURITY,
Defendant.
_____

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** as follows: **ORDERED** that Magistrate Judge Kaull's Report and Recommendation is accepted in whole. **GRANTS** Plaintiff's Motion for Summary Judgment. **DENIES** Commissioner's motion for Summary Judgment. Plaintiff's claim is REMANDED to the Commissioner for further proceedings and consistent with the recommendations made by Magistrate Judge Kaull in his June 22, 2009 R & R. This civil action is **DISMISSED, WITH PREJUDICE** and **RETIRED** from the docket of this Court.

                                            WALLY EDGELL, Ph.D., Clerk
                                            By     J. Musgrave
July 9, 2009                                            Deputy Clerk